John H. KING, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7250.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2008.

ON MOTION

*ORDER*

Upon consideration of John H. King's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any pending motions are deemed moot.

(3) Each side shall bear its own costs.